MARY EILEEN REILLEY (State Bar No. 87623)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Fax: (415) 249-8333

Attorneys for Defendant
BRINK'S INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAPELLI and CARLA CAPELLI,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>BRINKS INCORPORATED,  )<br>  )<br>Defendants.  )<br>  ) | Case No.: 2:09-CV-03469-MCE-KJN<br><br>**ORDER GRANTING REQUEST TO CONTINUE HEARING ON DEFENDANT BRINK'S INCORPORATED'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT PURSUANT TO FRCP RULE 14**<br><br>Date:   June 23, 2011<br>Time:   2:00 p.m.<br>Ctrm.:   7 |

Upon consideration of Defendant Brink's Incorporated's ("Brink's") Request to Continue the Hearing on Brink's Motion for Leave to File a Third-Party Complaint, the Court hereby GRANTS Brink's request for a continuance. The hearing, originally scheduled for June 23, 2011, shall be rescheduled to July 14, 2011 at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Date: June 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE