MARY EILEEN REILLEY (State Bar No. 87623)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Fax: (415) 249-8333

Attorneys for Defendant
BRINK'S INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT CAPELLI and CARLA CAPELLI,<br><br>Plaintiffs,<br><br>v.<br><br>BRINKS INCORPORATED,<br><br>Defendants. | Case No.: 2:09-CV-03469-MCE-KJN<br><br>**VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**<br><br>**[Fed. R. Civ. Proc. 41]** |

Pursuant to Federal Rule of Civil Procedure 41 and the parties' stipulation+, Plaintiffs Robert Capelli and Carla Capelli voluntarily dismiss the above-captioned action with prejudice, each party to bear its own attorneys' fees and expenses.

Dated: 6/24/11                SEVEY, DONAHUE & TALCOTT, LLP

By: _____/s/ Matthew Donahue_____
MATTHEW DONAHUE
Attorneys for Plaintiffs
ROBERT CAPELLI and CARLA CAPELLI

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

1

**VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**
**CASE NO.: 2:09-CV-03469-MCE-KJN**

Dated: 6/23/11                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By:  _____/s/ Mary Eileen Reilley_____
MARY EILEEN REILLEY
Attorneys for Defendant
Brinks INCORPORATED

## **ORDER**

Pursuant to the foregoing stipulation IT IS HEREBY ORDERED that Plaintiffs' complaint is dismissed with prejudice against Brink's Incorporated. The matter having been concluded in its entirety, the Clerk of Court is hereby directed to close the file.

DATE:  June 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

2

**VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**
**CASE NO.: 2:09-CV-03469-MCE-KJN**